# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jona Harvey<br>                      Debtor(s) | CHAPTER 13 |
| U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC7, Asset Backed Certificates, Series 2005-AC7<br>                      Moving Party<br>    vs.<br>Jona Harvey<br>                      Debtor(s)<br>Kenneth E. West<br>                      Trustee | NO. 24-11682 AMC |

## ORDER ALLOWING FILING OF CLAIM

AND NOW, this 5th day of Dec., 2024, at Philadelphia, upon Motion of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC7, Asset Backed Certificates, Series 2005-AC7, its successors and/or assigns, it is

**ORDERED THAT:** Movant is hereby granted approval to file a Proof of Claim.

_____
United States Bankruptcy Judge

cc:
Jona Harvey
P.O. Box 1512
Media, PA 19063-0000

Zachary Perlick, Esq.
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
701 Market Street, Suite 5000
Pittsburgh, PA 15276