United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 24-11682-amc

Jona Harvey                                                                                Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 06, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jona Harvey, PO Box 1512, Media, PA 19063-8512 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2024                        Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CAMERON DEANE | on behalf of Creditor Chaz's Tree Service cdeane@weltman.com  tkennedy@ymalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC7, Asset Backe bkgroup@kmllawgroup.com |
| Edward Joseph McKee | on behalf of Creditor TD Bank  N.A. emckee@duanemorris.com, jalowe@duanemorris.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC7, Asset Backe tue67813@temple.edu |

District/off: 0313-2    User: admin    Page 2 of 2
Date Rcvd: Dec 06, 2024    Form ID: pdf900    Total Noticed: 1

United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK

on behalf of Debtor Jona Harvey Perlick@verizon.net  pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jona Harvey | CHAPTER 13 |
| Debtor(s) | |
| | |
| U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Bear Steams Asset Backed Securities I Trust 2005-AC7, Asset Backed Certificates, Series 2005-AC7 | NO. 24-11682 AMC |
| Moving Party | |
| vs. | |
| Jona Harvey | |
| Debtor(s) | |
| | |
| Kenneth E. West | |
| Trustee | |

### ORDER ALLOWING FILING OF CLAIM

AND NOW, this  5th    day of     Dec.        , 2024, at Philadelphia, upon Motion of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC7, Asset Backed Certificates, Series 2005-AC7, its successors and/or assigns, it is

**ORDERED THAT:** Movant is hereby granted approval to file a Proof of Claim.

_____
United States Bankruptcy Judge

cc:
Jona Harvey
P.O. Box 1512
Media, PA 19063-0000

Zachary Perlick, Esq.
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
701 Market Street, Suite 5000
Pittsburgh, PA 15276