IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jona Harvey<br>*Debtor(s)* | CHAPTER 13 |
| U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC7, Asset Backed Certificates, Series 2005-AC7<br>*Moving Party*<br>vs.<br>Jona Harvey<br>*Debtor(s)*<br>Kenneth E. West<br>*Trustee* | NO. 24-11682 AMC<br><br>11 U.S.C. Section 362 |

### CONSENT ORDER ON MOTION FOR RELIEF FROM STAY

1. The above-styled Motion having been scheduled for a hearing before the Court on December 3, 2024, upon Notice of Motion to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2. IT IS HEREBY ORDERED that the Motion for Relief from Stay is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

3. FURTHER ORDERED that as of November 15, 2024, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal & Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|---|
| 6 | June 2024 | November 2024 | $5,116.50 | $1,349.20 | $6,465.70 | $38,794.20 |
| Less post-petition partial payments (suspense balance) | | | | | | ($0.00) |

Total: $38,794.20

4. This arrearage shall be paid as follows:

   a) Beginning December 2024 and continuing through July 2025, until the arrearages are cured, Debtor(s) shall pay an installment payment of **$4,310.47** towards the arrearages on or before the last day of each month, with a final installment payment of **$4,310.44** due August 2025.

5. Regular payments in the amount of **$6,465.70** to be paid on or before **December 1, 2024**, and any additional amount as required or allowed by the Note and Security Instrument. Payments should be sent to: Select Portfolio Servicing, Inc., Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450.

6. FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent by first class mail to Debtor(s) and attorney for Debtor(s), and failure of Debtor(s) to cure such default within **fifteen (15)** days from the date of receipt of such notice, Movant may file a certification of default, with service upon Debtor(s), attorney for Debtor(s) and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

8. FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

Date:   December 2, 2024

/s/ Denise Carlon
Denise Carlon, Esq.
Attorney for Movant

Date:  12/11/24

Zachary Perlick, Esq.
Attorney for Debtor

Date:  December 17, 2024

No Objection
/s/LeeAne O. Huggins
Kenneth E. West
Chapter 13 Trustee

Approved by the Court this 2nd day of _____Jan._____, 2025. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Ashely M. Chan